# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, on behalf of themselves and all others similarly situated, | Civil Action No.: 2:17-07897 (ES)(SCM) |
| *Plaintiffs*, | Hon. Esther Salas |
| v. | |
| FERRING PHARMACEUTICALS INC., | |
| *Defendant*. | |

## RULE 41 STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(l)(A)(ii), Defendant Ferring Pharmaceuticals Inc. and Plaintiff American Federation of State, County and Municipal Employees, District Council 47 Health and Welfare Fund hereby stipulate and agree to the voluntary dismissal of all claims in this case with prejudice, without costs to any party.

COUNSEL FOR PLAINTIFFS

Dated: August 31, 2018        **LITE DEPALMA GREENBERG, LLC**

  */s/ Katrina Carroll*
Katrina Carroll
Kyle A. Shamberg
111 W. Washington, Suite 1240
Chicago, IL 60602
Phone: 312.750.1265
Fax: 312.212.5919
Email: kcarroll@litedepalma.com
Email: kshamberg@litedepalma.com

749910.1

**BERGER & MONTAGUE, P.C.**
Shanon J. Carson
1622 Locust Street
Philadelphia, PA  19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email: scarson@bm.net

**LEVIN, SEDRAN & BERMAN**
Charles E. Schaffer
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (215) 592-1500
Fax: (215) 592-4663
Email: cschaffer@lfsblaw.com

**SAUDER SCHELKOPF**
Joseph G. Sauder
555 Lancaster Avenue
Berwyn, PA 19312
Telephone: 610.200.0580
Email: jgs@sstriallawyers.com


COUNSEL FOR FERRING PHARMACEUTICALS INC.

**SIDLEY AUSTIN LLP**

 /s/ Kara L. McCall
Maja C. Eaton
meaton@sidley.com
Kara L. McCall
kmccall@sidley.com
Elizabeth M. Chiarello
echiarello@sidley.com
One South Dearborn Street
Chicago, Illinois  60603
Telephone: (312) 853-7000
Facsimile:  (312) 853-7036

749910.1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 47 HEALTH AND WELFARE FUND, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>FERRING PHARMACEUTICALS INC.,<br><br>*Defendant*. | Civil Action No.: 2:17-07897 (ES)(SCM)<br><br>Hon. Esther Salas |

### ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice, without costs to any party. This case will now be closed on the Court's docket.

**SO ORDERED.**

DATED: September 4, 2018.

_____
Honorable Esther Salas